Roberta Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA  94102

John F. Stanley, Supervisory Trial Attorney
Damien A. Lee, Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
Tel: (206) 220-6915
Facsimile: (206) 220-6911
Email:  damien.lee@eeoc.gov

Of Counsel:
John Fonstad
Assistant U.S. Attorney
District of Alaska

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAI INVESTMENTS, LLC. d/b/a "MINER'S GEMS,"<br><br>Defendant. | Case No. |

**COMPLAINT**
Page 1 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Case 5:19-cv-00005-SLG   Document 1   Filed 09/16/19   Page 1 of 7

# COMPLAINT
# AND JURY DEMAND

(Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 623 *et seq.*)

## NATURE OF ACTION

This is an action under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 *et seq.* ("ADEA"), to correct unlawful employment practices on the basis of age, and to provide appropriate relief to Lori Burke, who was adversely affected by such practices and to prevent further occurrence of such practices. The Equal Employment Opportunity Commission ("EEOC" or "the Commission") alleges that defendant SAI Investments, LLC d/b/a "Miner's Gems" ("SAI" or "Defendant") violated the ADEA by discriminating against Ms. Burke because of her age (57) when it did not hire her for a Sales Associate position on or about May 1, 2018. Plaintiff seeks monetary relief, including backpay and liquidated damages, and injunctive relief on behalf of Ms. Burke.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the ADEA, 29 U.S.C. § 626(b), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. §§ 216(c), and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Alaska.

**COMPLAINT**
Page 2 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Case 5:19-cv-00005-SLG   Document 1   Filed 09/16/19   Page 2 of 7

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA, and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Sta. 2705.

4. At all relevant times, Defendant has continuously been doing business in the State of Alaska and has continuously had at least twenty employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6. More than thirty days prior to the institution of this lawsuit, Lori Burke filed a charge of discrimination with the EEOC alleging violations of Title VII and the ADEA by Defendant.

7. On May 28, 2019, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that Title VII and the ADEA were violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

**COMPLAINT**
Page 3 of 7

Case 5:19-cv-00005-SLG   Document 1   Filed 09/16/19   Page 3 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

8. The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

9. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

10. On June 25, 2019, the Commission issued to Defendant a Notice of Failure of Conciliation.

11. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

12. Since at least March 24, 2018, as described in greater particularity below, Defendant has engaged in unlawful employment practices in violation of the ADEA, 29 U.S.C. § 623(a)(1), by discriminating against Ms. Burke based on her age when it interviewed her for a Sales Associate position, but then chose not to hire her.

   a. As of January 1, 2018, Ms. Burke was qualified for SAI's Sales Associate position because she had over ten years of real estate sales experience as a licensed real estate agent in Ohio, Florida and California.

   b. As of January 1, 2018, Ms. Burke was qualified for SAI's Sales Associate position because she had experience selling high end jewelry in California and working with a craftsperson who made custom jewelry.

COMPLAINT
Page 4 of 7

Case 5:19-cv-00005-SLG   Document 1   Filed 09/16/19   Page 4 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

      c. As of January 1, 2018, Ms. Burke was qualified for SAI's Sales Associate position because she had over ten years of experience selling high end eyewear in Ohio at a business where she also supervised at least two other sales staff.

13. Despite her qualifications, a recruiter who worked for SAI told Ms. Burke during a March 24, 2018 interview that Defendant typically hired sales staff in their twenties for their positions, asked if she had younger friends who might be interested in working for SAI, and then photographed her face, and then her face and body for unspecified reasons.

14. Despite her qualifications, a second recruiter who worked for SAI told Ms. Burke during a March 28, 2018 interview that Defendant required its employees to work twelve hours each day, six days of each week and typically hired staff in their twenties for their positions and that younger people had more energy.

15. Despite Ms. Burke's prior sales experience, Defendant chose not to hire her for a Sales Associate position in April or May 2018.

16. Defendant hired at least twenty applicants who were less than forty years of age for Sales Associate positions in April or May 2018 and who each had less sales experience than Ms. Burke.

17. The effect of the practices complained of in paragraphs 12 through 16 above has been to deprive Ms. Burke of equal employment opportunities.

18. The unlawful employment practices complained of in paragraphs 12 through 16 above were intentional.

**COMPLAINT**
Page 5 of 7

Case 5:19-cv-00005-SLG   Document 1   Filed 09/16/19   Page 5 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

19. The unlawful employment practices complained of in paragraphs 12 through 16 above were willful.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant and its officers, agents, successors, assigns, and all persons in active concert or participation with them, from refusing to hire any individual because the individual is forty years of age or older, and from committing any other employment practice which discriminates on the basis of age against any individual forty years of age or older.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals forty years of age or older, and which eradicate the effects of past and present unlawful employment practices.

C. Order Defendant to make whole Ms. Burke by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practices described above.

D. Order Defendant to pay Ms. Burke liquidated damages for its willful conduct described above, in amounts to be determined at trial.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

**COMPLAINT**
Page 6 of 7

Case 5:19-cv-00005-SLG   Document 1   Filed 09/16/19   Page 6 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this Complaint.

DATED this 16th day of September, 2019.

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | SHARON FAST GUSTAFSON<br>General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| DAMIEN A. LEE<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| Equal Employment Opportunity Commission<br>Seattle Field Office<br>909 1st Avenue, Suite 400<br>Seattle, Washington 98104-1061<br>Telephone (206) 220-6919 | Equal Employment Opportunity Commission<br>Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

BY: */s/ Roberta L. Steele*
     Roberta L. Steele
     Regional Attorney

Of Counsel:

     JOHN FONSTAD
     Assistant U.S. Attorney
     United States Attorney's Office - District of Alaska
     Federal Building & U.S. Courthouse
     222 West Seventh Avenue, #9, Room 253
     Anchorage, AK 99513-7567
     Phone: (907) 271-5071
     Fax: (907) 271-2344
     Email: John.Fonstad@usdoj.gov

Attorneys for Plaintiff

**COMPLAINT**
Page 7 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Case 5:19-cv-00005-SLG   Document 1   Filed 09/16/19   Page 7 of 7